```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF TEXAS
                 CORPUS CHRISTI DIVISION
```

MAVERICK RECORDING CO., et al,    §
                                  §
    Plaintiffs,                   §
                                  §
vs.                               §   C.A. NO. C-06-484
                                  §
DAN WESTVEER,                     §
                                  §
    Defendant.                    §

### ORDER

On this day came on to be considered the Plaintiffs' "Request to Enter Default" and "Application for Entry of Default Judgment." (D.E. 8, 9.) In their "Request to Enter Default," Plaintiffs indicate that they did not personally serve the Defendant, but rather merely left a copy of Complaint and other documents with an individual who "refused to give [her] name" at the Defendant's usual place of abode. (Proof of Service, Pls.' Ex. A.) Because such service is inadequate, the Court hereby DENIES the Plaintiffs' motions.

SIGNED and ENTERED this 27th day of July, 2006.

_____
              Janis Graham Jack
           United States District Judge